JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue,9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6813
    Facsimile:   (415) 436-6748
    Email:     andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CONSTANT, )<br><br>           Plaintiff, )<br><br>         v. )<br><br>UNITED STATES OF AMERICA, )<br><br>          Defendant. )<br>_____ ) | No. C 08-2398 EMC<br>**E-FILING CASE**<br><br>**FEDERAL DEFENDANT'S CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE** |

     In accordance with the provisions of 28 U.S.C. Section 636(c), the United States of

America, ("Federal Defendant") hereby consents to have a United States Magistrate Judge

conduct any and all further proceedings in the case, including trial, and order the entry of a final

judgment, and voluntarily waives the right to proceed before a United States District Judge.

                             Respectfully submitted,

                             JOSEPH P. RUSSONIELLO
                             United States Attorney

Dated: July 2, 2008                      _____/s/_____
                             ANDREW Y.S. CHENG
                             Assistant United States Attorney