1  JOSEPH P. RUSSONIELLO (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, 9th Floor
5    San Francisco, California 94102-3495
     Telephone: (415) 436-7181
6    Fax: (415) 436-6748
     Email: victoria.carradero@usdoj.gov
7
   Attorneys for Defendant United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   LINDA CONSTANT,                    )   Case No. C 08-2398 EMC
13                                    )
        Plaintiff,                    )   NOTICE OF SUBSTITUTION OF
14                                    )   COUNSEL FOR DEFENDANT UNITED
        v.                            )   STATES OF AMERICA
15                                    )
   UNITED STATES OF AMERICA and       )
16 DOES 1-50,                         )
                                      )
17      Defendants.                   )
                                      )

NOTICE OF SUBSTITUTION - Case No. C 08-2398 EMC

1  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:
3  PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of
4  Victoria R. Carradero, Assistant United States Attorney, and to withdraw the appearance of
5  Andrew Y.S. Cheng, the Assistant United States Attorney who was formerly assigned to
6  represent the Defendant in this case. The Clerk is requested to change the docket sheet and other
7  Court records so as to reflect that all Orders and communications from the Court will in the
8  future be directed to AUSA Victoria R. Carradero at the above mailing address, telephone
9  number, and facsimile number. Ms. Carradero's e-mail address is victoria.carradero@usdoj.gov.
10  Please also take notice that, from the date of this request, service on Defendant should be
11  made on Ms. Carradero only. Please amend your service lists accordingly. Although Joann
12  Swanson, Chief of the Civil Division, and Joseph P. Russoniello, United States Attorney, will
13  appear on the pleadings with Ms. Carradero, no service need be made on them.

DATED: July 10, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        VICTORIA R. CARRADERO
                                        Assistant United States Attorney

NOTICE OF SUBSTITUTION - Case No. C 08-2398 EMC

1