# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT UNITED STATES OF AMERICA**

<u>Linda Constant v. United States of America, et al.</u>
Case No. CV 08-2398 EMC

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **ELECTRONIC MAIL**

____   **FEDERAL EXPRESS**

____   **PERSONAL SERVICE (BY MESSENGER)**

____   **FACSIMILE (FAX)**   Telephone No.: __See Below__

to the party(ies) addressed as follows:

Wilda Laureen White
Walker Hamilton & White
50 Francisco St #460
San Francisco, CA 94133-2100

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 11, 2008 at San Francisco, California.

___/s/_____
BONNY WONG
Legal Assistant