1  Wilda L. White (SB #122144)
   Clarissa E. Kearns (SB #244732)
2  **WALKER, HAMILTON & WHITE**
   50 Francisco Street, Suite 460
3  San Francisco, CA 94133-2100
   Telephone: (415) 986-3339
4  Facsimile: (415) 986-1618

5  Attorneys for Plaintiff
   LINDA CONSTANT
6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10 Linda Constant,                              )    CASE NO.: C0802398 EMC
                                                )
11         Plaintiff,                           )
                                                )    PROOF OF SERVICE OF SUMMONS
12 vs.                                          )    AND COMPLAINT
                                                )
13                                              )
   United States of America, and DOES 1 to 50,  )
14                                              )
                                                )
15         Defendants.                          )
   _____)
16

AO 440 (Rev. 10/93) Summons in a Civil Action — Case 3:08-cv-02398-EMC  Document 6  Filed 07/16/2008  Page 2 of 2

LINDA CONSTANT VS. UNITED STATES OF AMERICA, et al.
CASE: C0802398EMC

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 6-18-08  1:30PM |
| Name of SERVER (PRINT) DENNY GEE | TITLE CALIFORNIA REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[x] Served Personally upon the Defendant. Place where served: THE U.S. ATTORNEYS OFFICE 450 GOLDEN GATE AVENUE, 9TH FLOOR, SAN FRANCISCO, CA 94102

[x] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: DIANN LACKEY, PARALEGAL

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-19-08___
Date

Signature of Server

DENNY GEE

Address of Server
981 RIDDER PARK DRIVE
SAN JOSE, CA 95131
408-441-7000
SAN FRANCISCO REG#830

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.