Wilda L. White (SB #122144)
Clarissa E. Kearns (SB #244732)
**WALKER, HAMILTON & WHITE**
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

Attorneys for Plaintiff
LINDA CONSTANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Constant,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>United States of America, and Does 1 to 50,<br><br>　　　　　　Defendant(s).<br>_____/ | Case No. C0802398 EMC<br><br>**PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 16, 2008　　　　　　　　　　　　　　WALKER, HAMILTON & WHITE

　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Wilda L. White
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Linda Constant

Constant v. USA
Plaintiff's Consent to Proceed Before a U.S. Magistrate Judge - Case No. C0802398 EMC