1  Wilda L. White (SB #122144)
   Clarissa E. Kearns (SB #244732)
2  **WALKER, HAMILTON & WHITE**
   50 Francisco Street, Suite 460
3  San Francisco, CA  94133-2100
   Telephone: (415) 986-3339
4  Facsimile: (415) 986-1618

5  Attorneys for Plaintiff
   LINDA CONSTANT

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10
   Linda Constant,                           )   CASE NO.: CV 08 2398 EMC
11                                            )
          Plaintiff,                          )
12                                            )   PROOF OF SERVICE OF SUMMONS
   vs.                                        )   AND COMPLAINT
13                                            )
                                              )
14 United States of America, and DOES 1 to 50, )
                                              )
15                                            )
          Defendants.                         )
16 _____ )

17
   1. At the time of service I was at least 18 years of age and not a party to this action.
18
   2. I served copies of:
19        a.      Summons
          b.      Complaint
20        c.      Civil Case Cover Sheet
          d.      Notice of Assignment of Case to Magistrate Judge Chen
21        e.      Consent/Declination to Proceed Before Magistrate Judge
          f.      Drop Box Filing Procedures
22        g.      Order Setting Initial Case Management Conference and ADR Deadlines
          h.      Magistrate Chen's Standing Order
23        i.      U.S. District Court, Northern District of California, Standing Order for Civil
                  Practice
24        j.      ECF Registration Information Handout

25 3. Person served on behalf of an entity or as an authorized agent:

26        Laurie Fox, Administrative Assistant, The Presidio Trust

27 4. Address where the party was served:

28        The Presidio Trust, 34 Graham Street, San Francisco, 94129.

                    **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party:

    (1)    on: July 31, 2008
    (2)    at (time): 3:00 p.m.

6. The U.S. District Court for the Northern District of California's Summons in a Civil Action was completed as follows:

    On behalf of: The United States of America.

7. Person who served papers

    a. Name: Clarissa Kearns
    b. Address: 50 Francisco Street, Ste. 460, San Francisco, CA 94133
    c. Telephone: (415) 986-3339
    d. The fee for the service was: $0
    e. I am: not a registered process server.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008

Clarissa E. Kearns
Name of Person who Served Papers

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**