Wilda L. White (SBN 122144)
Clarissa E. Kearns (SBN 244732)
WALKER, HAMILTON & WHITE
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile:  (415) 986-1618
E-mail: wilda@walkerhamiltonwhite.com

Attorneys for Plaintiff Linda Constant

JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (SBN 217885)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Constant,<br><br>　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　Defendant. | CASE NO.:  08-cv-02398 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

**Constant v. United States**
JOINT CASE MANAGEMENT STATEMENT                                                                                                          -1-

Plaintiff, Linda Constant, and defendant, the United States of America, by and through their undersigned counsel, hereby submit the following Joint Case Management Statement:

**1. JURISDICTION & SERVICE:**

This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 2671, et seq. The alleged acts and omissions occurred at the Presidio, in the City and County of San Francisco, State of California, which is in the Northern District of California. This court is vested with exclusive jurisdiction pursuant to 28 U.S.C. § 1346(b).

Defendant, the United States of America, and the Presidio Trust's agent for service of process have been served. No other parties remain to be served. Defendant's Answer is due on or before September 30, 2008.

**2. FACTS:**

Plaintiff's Statement:

On August 3, 2006, plaintiff Linda Constant was felled by the branch of a poorly maintained Monterey Cypress, which was situated on a heavily trafficked lawn adjacent to a senior activity center and a child care center on the Presidio. The tree branch crushed Ms. Constant's foot, requiring surgery and months of rehabilitation.

Defendant's Statement:

Plaintiff alleges she was injured by a falling tree branch of a Monterey Cypress tree. Defendant denies it was negligent with respect to the subject tree and specifically denies liability as to plaintiff and her claimed injuries.

**3. LEGAL ISSUES:**

Whether defendant is liable for plaintiff's injuries.

**4. MOTIONS:**

Plaintiff's Statement:

No motions have yet been made. Defendant has made an informal objection to plaintiff's informal discovery request. Plaintiff will file appropriate motions to compel if the parties are unable to reach informal resolution of the disputes.

Defendant's Statement:

Defendant anticipates filing motions to compel discovery and dispositive motions as needed.

**5. AMENDMENT OF PLEADINGS:** The extent to which parties, claims or defenses will be added or dismissed is not known at this time.

**6. EVIDENCE PRESERVATION:**

Plaintiff's Statement:

After service of Ms. Constant's government claim on the Presidio Trust, the subject Monterey Cypress was cut down. Plaintiff asks that defendant preserve any and all documentation related to the removal of the tree, as well as any and all records or other original documentation relating to or referencing the Presidio's site management plan, its tree hazard assessment, previous incidents involving trees striking pedestrians, and the investigation and reporting of the subject incident.

Defendant's Statement:

Prior to service of Ms. Constant's Complaint on the United States of America and the Presidio Trust and almost two years after the incident in question, the subject tree was removed on or about June 2, 2008 for reasons unrelated to plaintiff or this litigation. Defendant is

1  informed and believes the tree no longer exists.  Defendant has taken steps to preserve all
2  documentary evidence relevant to the incident in question giving rise to this litigation.
3  Defendant is informed and believes that plaintiff, through a FOIA request, has previously
4  received copies of the site management plan, tree hazard assessment, and other documents
5  regarding the Presidio.

   Defendant asks that plaintiff preserve any and all documentary and other evidence regarding the incident in question, her allegations, and her claimed injuries that is in her, her representatives', agents', health care providers', and attorneys' possession, custody or control.

   **7.  DISCLOSURES:** The parties will serve Initial Disclosure on August 6, 2008, per the Court's order.

   **8.  DISCOVERY:**

   Plaintiff's Statement:

   To date, no discovery has been conducted.  In addition to written discovery, plaintiff will request a site inspection, and will notice the depositions of defendant's Person(s) Most Knowledgeable with regard to the Presidio Trust's: (1) Tree Hazard Assessment; (2) Site Management Plan; (3) decision to remove the subject Monterey Cypress; and (4) previous similar and/or related incidents.

   Defendant's Statement:

   No discovery has been conducted.  Defendant has met and conferred with plaintiff's counsel regarding deposition dates for plaintiff and the parties are in the process of scheduling that deposition.  Defendant will also serve written discovery.

   **9.  CLASS ACTIONS:** This case is not a class action.

**10. RELATED CASES:** There are no related cases pending.

**11. RELIEF:**

<u>Plaintiff's Statement</u>: Plaintiff seeks compensation in the amount of $300,000, for medical expenses incurred, lost income to date, future medical expenses, future income loss, and general damages including pain and suffering, and loss of future earning capacity.

<u>Defendant's Statement</u>: Defendant denies that Plaintiff is entitled to any relief.

**12. SETTLEMENT AND ADR:** The parties are willing to participate in early neutral evaluation <u>and/or</u> mediation.

**13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:** Both parties consent to proceed before Magistrate Judge Chen for all purposes.

**14. OTHER REFERENCES:** The parties do not believe that this case is suitable for reference to binding arbitration or the Panel on Multidistrict Litigation.

**15. NARROWING OF ISSUES:** None at this time.

**16. EXPEDITED SCHEDULE:** None at this time.

**17. SCHEDULING:** The parties propose the following scheduling order:

| | |
|---|---|
| Last day to complete factual discovery | March 2, 2009 |
| Last day to designate experts; the parties will abide by the Federal Rules of Civil Procedure for designation of rebuttal/supplemental experts. | March 31, 2009 |
| Last day to complete expert discovery | May 15, 2009 |
| Last day to hear dispositive motions | July 22, 2009 |
| Pretrial conference | August 21, 2009 |
| Trial | September 21, 2009 |

<u>**Constant v. United States**</u>
JOINT CASE MANAGEMENT STATEMENT                                                                                              -5-

**18. TRIAL:** The parties estimate three to four court days for a bench trial.

**19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**

Neither plaintiff nor defendant has any knowledge of any non-party, interested entities or persons.

**20. OTHER MATTERS:** None at this time.

Dated: August 6, 2008                WALKER, HAMILTON & WHITE

                                    By      /s/
                                        Wilda L. White
                                        Attorneys for Plaintiffs

Dated: August 6, 2008                JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    By      /s/
                                        Victoria R. Carradero
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant