Wilda L. White (SBN 122144)
Clarissa E. Kearns (SBN 244732)
WALKER, HAMILTON & WHITE
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile:   (415) 986-1618
E-mail: wilda@walkerhamiltonwhite.com

Attorneys for Plaintiff Linda Constant

JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (SBN 217885)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Linda Constant, ) | CASE NO.:  08-cv-02398 EMC |
| ) | |
| Plaintiff, ) | |
| ) | **JOINT RULE 26(F) REPORT** |
| vs. ) | |
| ) | |
| United States of America, and DOES 1 to 50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Linda Constant, and defendant, the United States of America, by and through

their undersigned counsel, hereby submit the following Rule 26(f) Report:

**1.     AUTOMATIC DISCLOSURES**:  The parties will serve Initial Disclosure on August 6, 2008, per the Court's order.

**2.     DISCOVERY SCOPE AND SCHEDULE**:

<u>Plaintiff's Statement</u>:

To date, no discovery has been conducted.  In addition to written discovery, plaintiff will request a site inspection, and will notice the depositions of defendant's Person(s) Most Knowledgeable with regard to the Presidio Trust's: (1) Tree Hazard Assessment; (2) Site Management Plan; (3) decision to remove the subject Monterey Cypress; and (4) previous similar and/or related incidents.

<u>Defendant's Statement</u>:

No discovery has been conducted.  Defendant has met and conferred with plaintiff's counsel regarding deposition dates for plaintiff and the parties are in the process of scheduling that deposition.  Defendant will also serve written discovery.

<u>Proposed Scheduling Order</u>:

| | |
|---|---|
| Last day to complete factual discovery | March 2, 2009 |
| Last day to designate experts | March 31, 2009 |
| Last day to complete expert discovery | May 15, 2009 |
| Last day to hear dispositive motions | July 22, 2009 |
| Pretrial conference | August 21, 2009 |
| Trial | September 21, 2009 |

**3.     ELECTRONIC INFORMATION**: None at this time.

**4.** **PRIVILEGE ISSUES**: None at this time.

**5.** **DISCOVERY LIMITS**: None at this time.

**6.** **OTHER ORDERS**: None at this time.

Dated: August 6, 2008                              WALKER, HAMILTON & WHITE

By     /s/
    Wilda L. White
    Attorneys for Plaintiffs

Dated: August 6, 2008                              JOSEPH P. RUSSONIELLO
                                                  United States Attorney

By     /s/
    Victoria R. Carradero
    Assistant U.S. Attorney
    Attorneys for Defendant