**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA CONSTANT,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants.<br>_____/ | No. C08-2398 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT **the Case Management Conference** set for **August 13, 2008 at 1:30 p.m.** is reset for **August 20, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy