United States District Court
Northern District of California

1
2
3
4
5
6
7
8      # UNITED STATES DISTRICT COURT
9      ## Northern District of California
10     Constant,                                    08-02398 EMC MED
11              Plaintiff(s),           **Notice of Appointment of Mediator**
12          v.
13     United States of America,
14              Defendant(s).
15     TO COUNSEL OF RECORD:
16          The court notifies the parties and counsel that the Mediator assigned to this case
17     is:
18                          **Fred D. Butler**
                            Fred D. Butler, Mediator & Arbitrator
19                          50 California Street, Suite 1500
                            San Francisco, CA 94111
20                          415-826-5629
                            FDBi@aol.com
21
22          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which
       governs the Mediation program.  The mediator will schedule a joint phone conference
23     with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24     the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25     The court permits the mediator to charge each party its pro rata share of the cost of the
26     phone conference.
27
28

**Notice of Appointment of Mediator**
08-02398 EMC MED                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: August 14, 2008

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Claudia M. Forehand

7  

8                                          ADR Case Administrator
                                           415-522-2059
9                                          Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
08-02398 EMC MED                    - 2 -

*United States District Court*
*Northern District of California*