**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

E-FILING

**Date:** August 20, 2008

**Case No:** C08-2398 EMC                                  **Time:** 1:38-1:48 p.m.
**Case Name:** Constant v. USA

    **Attorneys:**   Clarissa Kearns for Plaintiff
                         Victoria Carradero for Defendant

    **Deputy Clerk:** Betty Fong


**PROCEEDINGS:**

CMC - Held


**ORDERED AFTER HEARING:**   4-day court trial set for 9/8/2009 at 8:30 a.m.  This case has already been referred to ADR for mediation to be completed by 11/18/08.  Court to issue other deadlines in the case management conference order.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 12/3/2008 at 2:30 p.m. for Status Conference


cc: EMC