1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   victoria.carradero@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-7181
   FAX: (415) 436-6748

   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CONSTANT, | Case No. C 08-2398 EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Linda Constant and Defendant the United States of America, by and through their undersigned counsel, hereby enter into the following stipulation continuing the deadline to complete mediation in this matter:

1. WHEREAS, the parties have agreed to participate in mediation through the Court's ADR program;

2. WHEREAS, the Court ordered that the deadline for the parties to complete mediation is November 13, 2008.

3. WHEREAS, due to scheduling issues, the parties and the mediator scheduled a mediation date of December 1, 2008 at 9:30 a.m. with mediator Fred Butler;

4. WHEREAS, the parties hereby request the Court continue the deadline for the parties to complete mediation from November 13, 2008 until December 1, 2008 or later.

IT IS HEREBY STIPULATED.

DATED: September 22, 2008

WALKER, HAMILTON & WHITE

_____/s/_____
Clarissa E. Kearns
Attorneys for Plaintiff Linda Constant

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: September 22, 2008     By:     _____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

**ORDER**

The Court, having considered the stipulation of the parties, hereby continues the deadline for the parties to complete mediation from November 13, 2008 until __December 1, 2008__. Status Conference reset from 12/3/08 to 12/10/08 at 2:30 p.m. Joint Status Conference Statement due 12/3/08.

**IT IS SO ORDERED.**

_____
Edward M. Chen
United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION
Case No. C 08-2398 EMC