Wilda L. White (SBN 122144)
Clarissa E. Kearns (SBN 244732)
WALKER, HAMILTON & WHITE
50 Francisco Street, Suite 460
San Francisco, CA 94133-2100
Telephone: (415) 986-3339
Facsimile: (415) 986-1618
wilda@walkerhamiltonwhite.com
ckearns@walkerhamiltonwhite.com

Attorneys for Plaintiff
LINDA CONSTANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA CONSTANT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: C 08-02398 EMC<br><br>**STIPULATION FOR DISMISSAL**<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

**STIPULATION FOR DISMISSAL**
Case No. C 08-2398 EMC

-1-

Plaintiff, LINDA CONSTANT, and defendant, UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in the lawsuit *Linda Constant v. United States of America*, United States District Court for the Northern District of California, Case Number C 08-2398 EMC.

Dated: January 7, 2009

WALKER, HAMILTON & WHITE

By: _____
Clarissa E. Kearns
Attorneys for Plaintiff
LINDA CONSTANT

Dated: January 12, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
Victoria R. Carradero
Assistant U.S. Attorney
Attorneys for Defendant UNITED STATES OF AMERICA

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge